IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MILLER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 12-742 |
| JOHN KERESTES, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this   6th   day of   March   , 2012, it is **ORDERED** that my Order dismissing Miller's petition for a writ of habeas corpus (ECF No. 5) is **VACATED**.  The Clerk of Court is directed to reopen this matter.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:     Copies **MAILED** on _____ to: