IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MILLER,<br><br>PETITIONER,<br>vs.<br><br>THERESA DELBALSO,<br>Superintendent SCI Mahanoy,<br>SETH WILLIAMS,<br>Philadelphia District Attorney, and<br>KATHLEEN KANE,<br>Pennsylvania Attorney General<br><br>RESPONDENTS. | CIVIL ACTION No. 2:12-cv-00742-AB<br><br>**AFFIDAVIT OF SERVICE** |

## AFFIDAVIT OF SERVICE

I, Patrick Wagner, being duly sworn according to law, hereby depose and state:

On March 4, 2016, I served respondent **HUGH J. BURNS, JR.**, Chief of the Appeals Unit of the Philadelphia District Attorney's Office, with the following:

- Second Motion for Leave to Amend Petition for Writ of Habeas Corpus
- Second Amended Petition Under 28 U.S.C. § 2254 For Writ of Habeas Corpus by a Person in State Custody
- Memorandum of Law in Support of Second Amended Petition for Writ of Habeas Corpus and accompanying exhibits
- Entry of Appearance of Yulia Weisberg on behalf of the Petitioner
- Entry of Appearance of Christen Tuttle on behalf of the Petitioner

By personal service on M. Turner at the Philadelphia District Attorney's Office, 3 South Penn Square, Philadelphia, PA 19107.

_____
Patrick Wagner

Sworn to and subscribed before me
This 4th day of March 2016.

_____

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JEAN M. DICUS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 24, 2017